# U.S. COMMODITY FUTURES TRADING COMMISSION

Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5000
Facsimile: (202) 418-5521
*www.cftc.gov*

**Financial Management
Branch**

### UPDATED CERTIFICATE OF INDEBTEDNESS

Debtor Name                          Jon P. Ruggles
and Address:                         2340 NW 41st Street
                                     Boca Raton, FL  33431-8410

Total debt due United States as of September 29, 2016:  $5,251,306 plus interest

I certify that the records of the U.S. Commodity Futures Trading Commission (CFTC) show that Jon P. Ruggles (Ruggles) is indebted to the United States in the amount of $5,251,306, plus additional interest on the principal balance from September 29, 2016 at the annual rate of 0.60%.

The claim arose in connection with a September 29, 2016 Order Instituting Proceedings Pursuant to Section 6(c) and 6(d) of the Commodity Exchange Act against Ruggles.  *See CFTC v. Jon P. Ruggles,* No. 16-34 (CFTC September 29, 2016).   Pursuant to the Order, Ruggles was directed to pay a civil monetary penalty (CMP) in the amount of $1,750,000 and disgorgement in the amount of $3,501,306.   The CFTC received collections totaling $1,471,261 that was applied to the disgorgement obligation.  This collection reduced the disgorgement obligation to $2,030,045.

Ruggles has not made any additional payments to satisfy his CMP and disgorgement obligations and the CFTC has been unable to identify any assets of Ruggles.  Accordingly, the CFTC is referring this matter to the Department of Justice for enforced collection and a current assessment on whether Ruggles has assets to pay the CMP and disgorgement obligations.

As of November 4, 2020, Ruggles is obligated to pay CMP and disgorgement amounting to $3,875,270. 56. This amount represents the following: (a) the CMP principal judgment of $1,750,000 plus post judgment interest of $44,047.94; and (b) the disgorgement principal judgment of $2,030,045 plus post judgment interest of $51,177.62. Any questions regarding this matter should be directed to Linda Lightner of my staff at the above address or you may contact her by telephone at (202) 418-5227 or by e-mail at llightner@cftc.gov.

**CERTIFICATION**:  Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____                              _____
Keith Ingram,                                        (Date)
Accounting Officer