

**U.S. Department of Justice**
*Ariana Fajardo Orshan*
*United States Attorney*
*Southern District of Florida*
*99 NE 4th Street, Suite 800*
*Miami, FL 33132-2111*

November 6, 2020

Jon P. Ruggles
2340 NW 41st Street
Boca Raton, FL 33431-8410

**Re: In the Matter of Jon P. Ruggles; CFTC Docket No. 16-34**

Dear Mr. Ruggles,

DEMAND IS HEREBY MADE UPON YOU FOR PAYMENT, WITHIN TEN (10) DAYS OF RECEIPT OF THIS NOTICE, of the amounts due and owing pursuant to the Order entered against you September 29, 2016. A copy of that Order is enclosed for your reference. The current balance of you obligation, as set forth in the attached Updated Certificate of Indebtedness, is $3,875,270.56.

Payment should be in the form of a money order, certified check or cashier's check, made payable to the U.S. Department of Justice and mailed to the Office of the United States Attorney, Attention: FLU, 99 N.E. 4th Street, Suite 300, Miami, FL 33132-2111.

If it is not possible for this obligation to be paid in full at this time, my office intends to file a Complaint to enforce the Order in the United States District Court for the Southern District of Florida. If you have any questions, I may be contacted by telephone at (305) 961-9190.

Sincerely,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
Brett R. Geiger
Assistant U.S. Attorney
Financial Litigation Unit
United States Attorney's Office
Southern District of Florida
99 N.E. 4th Street, STE 300
Miami, FL 33132