# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CASE NO.** _____

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JON P. RUGGLES;

    Defendant.

_____/

## CIVIL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  \_\_\_\_\_ Yes  **X** No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  \_\_\_\_\_ Yes  **X** No

Dated: _____  
Miami, Florida

Respectfully submitted,

**ARIANA FAJARDO ORSHAN**  
**UNITED STATES ATTORNEY**

By: *s/Brett R. Geiger*  
Brett R. Geiger  
Assistant United States Attorney  
Fla. Bar No. A5502622  
United States Attorney's Office  
99 N.E. 4th Street, Suite 300  
Miami, Florida 33132  
Tel. No. (305) 961-9190  
Fax No. (305) 530-7139  
E-mail: Brett.Geiger@usdoj.gov  
Counsel for United States of America