## AFFIDAVIT OF SERVICE

| Case: 9:20-cv-82389-AMC | Court: UDSC | County: SOUTHERN | Job: 5262797 (0079) |
|---|---|---|---|
| **Plaintiff / Petitioner:** UNITED STATES OF AMERICA | | **Defendant / Respondent:** Jon P. Ruggles | |
| | | | |
| **To be served upon:** Jon P. Ruggles | | | |

I, Frank James, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Jon P. Ruggles , 879 BIG HORN HOLLOW, SUWANEE, GA 30024

**Manner of Service:**   Personal/Individual, Jan 19, 2021, 7:55 am EST

**Documents:**   SUMMONS IN A CIVIL ACTION, COMPLAINT

**Additional Comments:**
1) Successful Attempt: Jan 19, 2021, 7:55 am EST at 879 BIG HORN HOLLOW, SUWANEE, GA 30024 received by Jon P. Ruggles . Age: 45; Ethnicity: Caucasian; Gender: Male; Weight: 185; Height: 5'9"; Hair: Brown;

_____     1/19/21

Frank James                                         Date
179

Service of Process, Inc.
PO Box 653653
Miami, FL 33265
Office: (305) 226-6809

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | )
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  9:20-cv-82389-AMC |
| Jon P. Ruggles | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jon P. Ruggles
2340 N.W. 41st Street
Boca Raton, FL 33431

2nd: 879 Big Horn Hollow
Suwanee, GA 30024

Date: 1/19/2021  Time: 7:55am
Served:  Individually

PS: F.J.  Service of Process, Inc.
#179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brett R. Geiger, AUSA
99 N.E. 4th Street, Suite 300
Miami, FL 33132
Telephone: 305.961.9190

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  12/23/2020

s/ C.Davis

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court