UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-82389-AMC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JON P. RUGGLES,

    Defendant.
    _____/

**JON P. RUGGLES' RESPONSE TO PLAINTIFF'S
MOTION FOR CLERK'S ENTRY OF DEFUALT AND UNOPPOSED
<u>CROSS-MOTION FOR EXTENSION OF TIME TO RESOND TO THE COMPLAINT</u>**

Defendant Jon P. Ruggles responds to Plaintiff United States of America's Motion for Clerk's Entry of Default [DE-7] and cross-moves for an extension of time to respond to the Complaint in support states as follows:

1. This is an action to collect monies purportedly owed by Mr. Ruggles pursuant to a September 29, 2016 order entered by the U.S. Commodity Futures Trading Commission ("CFTC") in *In the Matter of: Jon P. Ruggles*, CFTC Docket No. 16-34.

2. The Government personally served Mr. Ruggles with this lawsuit on January 19, 2021. [DE-4]. In his motion, Mr. Ruggles noted that the parties were engaging in good-faith negotiations in order to resolve this matter. *Id*. at ¶5.

3. As part of those discussions, Mr. Ruggles has completed and served the Government with a copy of the United States Department of Justice's Financial Statement of Debtor form.

4. On February 8, 2021, Mr. Ruggles moved for an extension of time to respond to the complaint. [DE-5].

5. The Court granted Mr. Ruggles' motion, extending the deadline to respond to March 1, 2021.  [DE-6].

6. Due to a clerical error, the response deadline was scheduled for March 11 as opposed to March 1, 2021.

7. Mr. Ruggles' counsel has contacted the Government's attorney who has indicated that he has no objection to a further extension of time up to and including Wednesday, March 10, 2021 to respond to the Complaint.  Alternatively, the Government has indicated that it would not object to vacating the entry of a clerk's default should one be entered in this matter.

WHEREFORE, Defendant Jon P. Ruggles moves this Court for a further extension of time to respond to the Complaint up to and including Wednesday, March 10, 2021.

## CERTIFICATE OF CONFERRAL

Undersigned counsel certifies that pursuant to Southern District of Florida Local Rule 7.1(a)(3), the parties have conferred regarding this motion and the Government has no objection to the relief sought herein.

Dated: March 5, 2021.

      Respectfully submitted,

      */s/    Carlos F. Gonzalez*
      CARLOS F. GONZALEZ
      Florida Bar No. 494631
      IGNACIO M. ALVAREZ
      Florida Bar No. 40572
      ALVAREZ, GONZALEZ & MENEZES, LLP
      815 Ponce de Leon Boulevard
      Suite 101
      Coral Gables, Florida 33134
      Tel. (305) 723-1876
      Fax (786) 475-7832

      *Counsel for Defendant Jon P. Ruggles*

**CERTIFICATE OF SERVICE**

I certify that on March 5, 2021, I electronically served the foregoing document with the Clerk of the Court by using the CM/ECF system.

                                         */s/*   *Carlos F. Gonzalez*
                                                   Carlos F. Gonzalez