UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-82389-AMC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JON P. RUGGLES,

    Defendant.
_____/

## DEFENDANT JON P. RUGGLES' ANSWER AND AFFIRMATIVE DEFENSES

Defendant Jon P. Ruggles files his Answer and Affirmative Defenses to Plaintiff United States of America's Complaint and states:

1. Ruggles is without knowledge as to the allegations in paragraph 1 of the Complaint and demands strict proof thereof.

2. Ruggles denies the allegation in paragraph 2 that he is residing in Boca Raton, Florida. He is without knowledge as to remaining allegations in this paragraph and demands strict proof thereof.

3. Ruggles admits that Exhibit "A" to the Complaint purports to be an Order issued by the U.S. Commodity Futures Trading Commission on September 29, 2016 in <u>In the Matter of Jon P. Ruggles</u>, CFTC Docket No. 16-34 as alleged in paragraph 3 of the Complaint. As to the remaining allegations in this paragraph, Ruggles contends that the document speaks for itself and constitutes the best evidence of its contents. Accordingly, the remaining allegations are denied.

4. Ruggles admits that Exhibit "B" to the Complaint purports to be an Updated Certificate of

Indebtedness. He further admits that to date he has paid $1,471,261. Ruggles denies the remaining allegations in paragraph 4.

5. Ruggles admits that Exhibit "C" to the Complaint purports to be a letter mailed by the United States to Ruggles on November 9, 2020 as alleged in paragraph 5 of the Complaint. As to the remaining allegations in this paragraph, Ruggles contends that the document speaks for itself and constitutes the best evidence of its contents. Accordingly, the remaining allegations are denied.

6. Ruggles denies the allegations in paragraph 6 of the Complaint.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a cause of action. Paragraph 4 of the Complaint alleges that Ruggles has made no payment since November 4, 2020. [DE-1 at ¶4]. In 2018, Ruggles engaged in extensive email correspondence with the CFTC regarding the status of his payments. In February 2018, Ruggles sent the CFTC a lengthy email explaining his financial position at the time. Ruggles stressed that he intended to honor his commitment to the CFTC. However, as Ruggles noted, his original settlement with the CFTC was premised on two assumptions: (1) that the amounts paid towards the disgorgement would be deductible from his overall tax liability in the U.S. and (2) that he would be able to realize a certain degree of efficiency given that he resided in the U.S. but earned the bulk of his income from Canada. At the time, Ruggles was essentially being whipsawed between two inconsistent tax regimes. The combination of U.S. tax laws and the aggressive over-withholding of income by the Canadian tax authorities severely impacted Ruggles' ability to pay. At that point, however, Ruggles believed that he would soon be able to free up sufficient funds to meet his obligations. As Ruggles explained to the CFTC, he believed

that the sale of North Atlantic (NARL Refining LP), a company valued at $600 million and in which he owned a seven percent stake, was imminent.  To back up his claim, Ruggles offered to provide the CFTC with audited financial statements for North Atlantic.

Ruggles' situation had not improved by March 2018 when he provided the CFTC a further update.  Notably, the CFTC responded to Ruggles' March correspondence acknowledging that it "appreciate[d] the challenges you are facing . . . ."  In April, Ruggles advised the CFTC that a payment would be forthcoming.  Unfortunately, Ruggles continued to be hamstrung by the Canadian tax authorities and the internal partnership squabbles delaying the sale of North Atlantic.  Following a further exchange of emails, Ruggles was finally able to make the $245,000 payment referenced above.

Dated: March 10, 2021.

        Respectfully submitted,

        /s/    *Carlos F. Gonzalez*
        CARLOS F. GONZALEZ
        Florida Bar No. 494631
        IGNACIO M. ALVAREZ
        Florida Bar No. 40572
        ALVAREZ, GONZALEZ & MENEZES, LLP
        815 Ponce de Leon Boulevard
        Suite 101
        Coral Gables, Florida 33134
        Tel. (305) 723-1876
        Fax (786) 475-7832

        *Counsel for Defendant Jon P. Ruggles*

## **CERTIFICATE OF SERVICE**

I certify that on March 10, 2021, I electronically served the foregoing document with the Clerk of the Court by using the CM/ECF system.

        /s/    *Carlos F. Gonzalez*
        Carlos F. Gonzalez