UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-82389-AMC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JON P. RUGGLES,

    Defendant.

_____/

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to this Court's Order [DE-13] and Federal Rule of Civil Procedure 7.1, Plaintiff respectfully submits the following list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, or other identifiable legal entities related to a party and corporate disclosures.

## INTERESTED PARTIES

(1) Plaintiff United States of America

(2) Defendant Jon P. Ruggles

(3) Counsel for all parties included in this litigation

## PLAINTIFFS' CORPORATE DISCLOSURES

Plaintiff Jon P. Ruggles is an individual litigant and there is no corporation as provided for under Federal Rule of Civil Procedure 7.1(a).

Dated: April 12, 2021.

                                                              Respectfully submitted,

                                                              /s/    *Carlos F. Gonzalez*
                                                                    CARLOS F. GONZALEZ
                                                                    Florida Bar No. 494631
                                                                    IGNACIO M. ALVAREZ
                                                                    Florida Bar No. 40572
                                                                    ALVAREZ, GONZALEZ & MENEZES, LLP
                                                                    815 Ponce de Leon Boulevard
                                                                    Suite 101
                                                                    Coral Gables, Florida 33134
                                                                    Tel. (305) 723-1876
                                                                    Fax (786) 475-7832

                                                                    *Counsel for Defendant Jon P. Ruggles*

## **CERTIFICATE OF SERVICE**

    I certify that on April 12, 2021, I electronically served the foregoing document with the Clerk of the Court by using the CM/ECF system.

                                                               /s/    *Carlos F. Gonzalez*
                                                                    Carlos F. Gonzalez