UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-82389-CANNON

UNITED STATES OF AMERICA,

 Plaintiff,

vs.

JON P. RUGGLES,

 Defendant,

_____/

**CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order dated March 11, 2021 [D.E. 13], hereby files its Certificate of Interested Parties and Corporate Disclosure Statement as follows:

1. Jon P. Ruggles, Defendant.

2. United States of America, Plaintiff

            Respectfully Submitted,

            JUAN ANTONIO GONZALEZ
            ACTING UNITED STATES ATTORNEY

By: _____
    Brett R. Geiger
    Assistant U.S. Attorney
    Fla. Bar No. A5502622
    99 N. E. 4th Street, Suite 300
    Miami, Florida 33132-2111
    Tel No. (305) 961-9190
    Fax No. (305) 530-7139
    E-mail: Brett.Geiger@usdoj.gov

## CERTIFICATE OF SERVICE

**HEREBY CERTIFY** that on April 12, 2021, I electronically filed the foregoing document and proposed order with the Clerk of Court using CM/ECF, giving notice to all those registered to receive the same.

_____
BRETT R. GEIGER
ASSISTANT U.S. ATTORNEY