UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-82389-CANNON

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JON P. RUGGLES,

       Defendant.

_____/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on July 29, 2021.

The following attorneys and parties attended and participated in the mediation conference:

XX____  The Plaintiff and it's legal counsel.
XX____  Defendant and his legal counsel.

XX____  NO AGREEMENT.
        The parties did not reach an agreement.

## CERTIFICATE OF SERVICE

I hereby certify that on _8-2-2021_____a copy of the above was sent via Electronic

Mail to: **Brett Geiger, Esquire**,  Brett.Geiger@usdoj.gov; Elizabeth.Quinones@usdoj.gov;

**Carlos F. Gonzalez, Esquire**, cfg@algofirm.com.

      Respectfully submitted,

      */s/ BOB ZWICKY*

      Bob Zwicky, Mediator
      Mediator # 15884R
      Upchurch Watson White & Max
      900 South Pine Island Rd., Suite 410
      Plantation, FL 33324
      Phone: 954-423-8856 Fax: 954-334-2838
      bzwicky@uww-adr.com