UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-82389-AMC

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JON P. RUGGLES,

     Defendant.

_____/

## ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS

This matter is before the Court on the United States' Motion for Judgment on the Pleadings. The Court has considered the Motion and being otherwise fully advised in the premises; it is:

**ORDERED AND ADJUDGED** that the motion is **GRANTED**

A separate judgment shall be entered against the Defendant Jon P. Ruggles and in favor of the Plaintiff the United States of America in the amount of $3,780,045, plus interest.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this _____ day of _____, 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**