UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-82389-AMC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JON P. RUGGLES,

    Defendant.

_____/

**FINAL JUDGMENT ON THE PLEADINGS**

THIS CAUSE having come before the Court upon the United States' Motion for Judgment on the Pleadings and the Court having granted the government's motion and being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED that a Final Judgment on the Pleadings is hereby entered against the Defendant Jon P. Ruggles and in favor of the Plaintiff the United States of America in the amount of $3,891,395.79 (principal of $3,780,045 and interest of $111,350.79 through August 25, 2021). Interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961.

DONE AND ORDERED in Chambers at Fort Pierce, Florida this ____ day of _____, 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**