UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-82389-AMC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JON P. RUGGLES,

    Defendant.

_____/

**NOTICE OF APPEARANCE**
**AND DESIGNATION OF EMAIL ADDRESSES**

**NOTICE IS GIVEN** that Carlos F. Gonzalez enters his appearance as counsel on behalf of Defendant, JON P. RUGGLES., in the above-captioned matter. All future pleadings, notices, and correspondence should be directed to the undersigned counsel. The undersigned designates the following email addresses:

- Primary: cfg@carlosfgonzalez.com
- Secondary: pt@carlosfgonzalez.com
  service@carlosfgonzalez.com

Respectfully submitted,

**CARLOS F. GONZALEZ, P.A.**
2332 Galiano Street
2nd Floor
Coral Gables, Florida 33134
T. 786.410.7662

By: *Carlos F. Gonzalez*
    Carlos F. Gonzalez
    Florida Bar No. 494631

**CERTIFICATE OF SERVICE**

I certify that on October 11, 2021, I electronically served the foregoing document by electronic mail on Brett R. Geiger, Assistant U.S. Attorney, 99 N.E. 4th Street, Suite 300, Miami, Florida 33132-2111, at brett.geiger@usdoj.gov.

　　　　　　　　　　　　　　　　　　*/s/     Carlos F. Gonzalez*
　　　　　　　　　　　　　　　　　　Carlos F. Gonzalez