UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-82389-AMC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JON P. RUGGLES,

    Defendant.
_____/

**JON P. RUGGLE's MOTION TO EXTEND PRE-TRIAL DEADLINES [DE-17]**

Defendant Jon P. Ruggles, pursuant to Federal Rule of Civil Procedure 16(b)(4) moves this Court to extend all pre-trial deadlines by sixty days and in support states:

1. This is an action to collect monies purportedly owed by Mr. Ruggles pursuant to a September 29, 2016 Order entered by the U.S. Commodity Futures Trading Commission ("CFTC") in *In the Matter of: Jon P. Ruggles,* CFTC Docket No. 16-34.

2. The Government served Ruggles with its lawsuit on January 19, 2021.

3. Upon receiving the Government's lawsuit, the parties commenced informal negotiations to resolve this dispute.

4. As part of those negotiations, Ruggles completed and served the Government with a copy of the United States Department of Justice's Financial Statement of Debtor form along with various financial records demonstrating his current ability to pay.

5. When their initial discussions failed to result in a settlement, the parties proceeded with litigation.

6. On March 3, 2021, Ruggles filed his answer and affirmative defenses. [DE-13].

7. Based on the parties' joint submission [DE-16], the Court entered its Order Setting Trial, Setting Pre-Trial Deadlines, and Referencing Certain Matters to Magistrate Judge [DE-17] on April 21, 2020.

8. Consistent with the Court's April 21, 2020 Order, the parties proceeded to mediation, [DE-21], but were unable to resolve their dispute [DE-27].

9. On August 26, 2021, prior to the deadline for completing discovery and other milestones [DE-27 at 2], the Government moved for Judgment on the Pleadings [DE-29]. Ruggles responded [DE-30] and the Government replied on September 14, 2021 [DE-32].

10. Federal Rule of Civil Procedure 16(b)(4) states that "[a] schedule may be modified for good cause and with the judge's consent. FED. R. CIV. P. 16(b)(4). The Government's pending motion for judgment on the pleadings which has been fully briefed for at least two months presents good cause for extending all the deadlines in this case.

11. In *Smith v. University Cmty. Hosp., Inc.*, Case No. 8:18-cv-270-T-AAS, 2018 WL 4907910, *1 (M.D. Fla. Oct. 10, 2018), the District Court explained that "[a] court should resolve facial challenges to the legal sufficiency of a claim, which present purely legal questions, before discovery begins." Because a motion for judgment on the pleadings raises "purely legal" questions, courts should resolve such challenges "before discovery begins." *Id*. at *1 (citing *Chudasama v. Mazda Motor Corp.*, 123 F. 3d 1353, 1367 (11th Cir. 1997)); *see also Café Int'l Holding Co. LLC v. Westchester Surplus Lines Ins. Co.*, Case No. 20-21641-CIV-GOODMAN, 2021 WL 3278042, *1 (Fla. April 18, 2021) (concluding that a stay of discovery pending a ruling on a motion for judgment on the pleadings "is reasonable and appropriate.")). By ruling on such motions before discovery begins, litigants like the Government and Ruggles here would avoid "incurring unnecessary discovery costs." *Smith*, at *1 (citing *Chudasama*, at 1367-68).

12. Here, the Government's motion for judgment on the pleadings has been fully briefed and pending for just over two months. Since the inception of this litigation, Ruggles has worked diligently to negotiate a resolution of his dispute with the Government. Failing to reach a resolution, the parties continued to litigate this case. Before discovery closed, however, the Government elected to move for judgment on the pleadings. Such a motion, as the above-cited authority makes clear, would be dispositive of this litigation. Ruggles has opposed the motion and it is now fully briefed and pending disposition. Given the procedural posture of this case, a brief extension of the deadlines set by the Court which account for the period of time that the Government's motion has been pending would be both reasonable and consistent with the general view that discovery – and other litigation milestones – should be extended pending resolution of potentially dispositive motions.

WHEREFORE, Defendant Jon P. Ruggles moves this Court to extend each deadline in its Order Setting Trial, Setting Pre-Trial Deadlines, and Referencing Certain Matters to Magistrate Judge [DE-17] by at least sixty days.

## CERTIFICATE OF CONFERRAL

Undersigned counsel certifies that pursuant to Southern District of Florida Local Rule 7.1(a)(3), the parties have conferred regarding this motion and the Government objects to the relief sought herein.

Dated: November 18, 2021.

Respectfully submitted,

**CARLOS F. GONZALEZ, P.A.**
2332 Galiano Street, 2nd Floor
Coral Gables, Florida 33134
T. 486.410.7662

By:   /s/ Carlos F. Gonzalez
        Carlos F. Gonzalez
        Florida Bar No. 0494631

**CERTIFICATE OF SERVICE**

I certify that on November 18, 2021, I electronically served the foregoing document with the Clerk of the Court by using the CM/ECF system.

                                             */s/    Carlos F. Gonzalez*
                                                      Carlos F. Gonzalez