UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-82389-AMC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JON P. RUGGLES,

    Defendant.
_____/

**UNITED STATES' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

Plaintiff, the United States of America, pursuant to Rules 56(a) and (c)(1)(A) of the Federal Rules of Civil Procedure and Rule 56.1(c) of the Local Rules of the United States District Court for the Southern District of Florida, hereby files its statement of material facts to which there is no genuine issue of dispute.

1. The parties Joint Statement of Undisputed Facts incorporated by reference a final administrative decision entered against Defendant Jon P. Ruggles on September 29, 2016 ("CFTC Order"), the Order Instituting Proceedings Pursuant to Section 6(c) and 6(d) of the Commodity Exchange Act, Making Findings and Imposing Remedial Sanctions as Exhibit D. (D.E. 35, ¶ 5)

2. The CFTC Order imposing penalties against Defendant Ruggles was entered with the defendant's consent to resolve anticipated administrative proceedings involving multiple violations of the Commodity Exchange Act ("CEA"). (CFTC Order, p. 1, 9-10).

3. Defendant Ruggles waived his right to judicial review by any court of the findings and the penalties contained in the Order. (Exhibit D, CFTC Order, p. 10, § VI(c)(4)).

4. A Sworn Certificate of Indebtedness by Keith Ingram, a CFTC Accounting Officer, dated November 10, 2021 ("Certificate of Indebtedness") was also incorporated into the parties Joint Statement of Undisputed Facts and labeled Exhibit F. (D.E. 35, ¶ 7). That certificate establishes the date of entry of the order, the total obligation, and the combined principal and interest balance remaining due.

5. As of November 10, 2021, Ruggles is obligated to pay CMP and disgorgement amounting to $3,899,204.67.  This amount represents the following: (a) the CMP principal judgment of $1,750,000 plus post judgment interest of $55,119.01; and (b) the disgorgement principal judgment of $2,030,045 plus post judgment interest of $64,040.66. (D.E. 35, ¶ 7, Exhibit F, Certificate of Indebtedness).

Dated:  November 19, 2021

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
Brett R. Geiger
Assistant U.S. Attorney
Fla. Bar No. A5502622
99 N. E. 4th Street, Suite 300
Miami, Florida 33132-2111
Tel No. (305) 961-9190
E-mail: Brett.Geiger@usdoj.gov