UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-82389-AMC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JON P. RUGGLES,

    Defendant.
    _____/

## *UNOPPOSED* MOTION FOR ENLARGMENT OF TIME

    Defendant Jon P. Ruggles, pursuant to Southern District of Florida Local Rule 7.1 moves this Court for an unopposed seven-day enlargement of time to respond to Plaintiff United States of America's motion for summary judgment up to and including December 9, 2021 and in support states:

    1. On November 19, 2021, Plaintiff United States of America filed its motion for summary judgment [DE-37] and accompanying statement of material facts [DE-36].

    2. Defendant Ruggles' response in opposition to the motion and accompanying statement of material facts is currently due on December 3, 2021.

    3. Due to the press of other litigation, including filings this week in the United States Court of Appeals for the Eleventh Circuit and California State Court, the undersigned requests a brief, seven-day extension of time to file his opposition.

    4. Defendant Ruggles has not previously requested an extension of time to respond to Plaintiff United States of America's motion for summary judgment and the government will not be prejudiced by the relief requested here.

WHEREFORE, Defendant Jon P. Ruggles respectfully requests that this Court grant his unopposed motion for enlargement of time to respond to Plaintiff United States of America's motion for summary judgment up to and including December 9, 2021.

### CERTIFICATE OF CONFERRAL

Undersigned counsel certifies that pursuant to Southern District of Florida Local Rule 7.1(a)(3), the parties have conferred regarding this motion and Plaintiff United States of America has no objection to the relief sought herein.

Dated: December 1, 2021.

        Respectfully submitted,

        /s/     Carlos F. Gonzalez
        CARLOS F. GONZALEZ
        Florida Bar No. 494631
        2332 Galiano Street
        2d Floor
        Coral Gables, Florida 33134
        Tel. (786) 410.7662

        *Counsel for Defendant Jon P. Ruggles*

### CERTIFICATE OF SERVICE

I certify that on December 1, 2021, I electronically served the foregoing document by electronic mail on Brett R. Geiger, Assistant U.S. Attorney, 99 N.E. 4th Street, Suite 300, Miami, Florida 33132-2111, at brett.geiger@usdoj.gov.

        /s/     Carlos F. Gonzalez
        Carlos F. Gonzalez