UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-82389-AMC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JON P. RUGGLES,

    Defendant.
_____/

## JON P. RUGGLES' STATEMENT OF MATERIAL FACTS

Jon P. Ruggles, pursuant to Southern District of Florida Local Rule 56.1 files this response to Plaintiff United States of America's Statement of Undisputed Material Facts in Support of the United States' Motion for Summary Judgment [DE-36], and states:

1. Undisputed.
2. Undisputed.
3. Undisputed.
4. Undisputed.
5. Disputed. *See* [DE12 at 2-3; DE-35-7 at 1-3].

Dated: December 9, 2021.

                                    Respectfully submitted,

                                    **CARLOS F. GONZALEZ, P.A.**
                                    2332 Galiano Street
                                    2nd Floor
                                    Coral Gables, Florida 33134
                                    T. 486.410.7662

                                    By:   /s/ Carlos F. Gonzalez
                                             Carlos F. Gonzalez

Florida Bar No. 0494631

## CERTIFICATE OF SERVICE

I certify that on December 9, 2021, I electronically served the foregoing document with the Clerk of the Court by using the CM/ECF system.

/s/ *Carlos F. Gonzalez*
Carlos F. Gonzalez