UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-82389-CIV-CANNON/Reinhart

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JON P. RUGGLES**,

    Defendant.
_____/

## ORDER RESETTING PRE-TRIAL DEADLINES

**THIS CAUSE** comes before the Court upon the parties' Joint Motion to Continue Pre-Trial Deadlines and Trial (the "Motion") [ECF No. 49], filed on January 3, 2022. The Court hereby **GRANTS** the Motion and resets the following deadlines in the manner set forth below:

***

**THIS MATTER** is hereby reset for a bench trial during the Court's two-week trial calendar beginning on **April 25, 2022 at 9:00 a.m**. Counsel for all parties shall appear at a calendar call at **1:45 p.m. on Tuesday, April 19, 2022**. Any testing of electronic equipment to be used at trial must take place at the Calendar Call. To that end, the parties are directed to bring to the Calendar Call any equipment intended for use at trial. No pretrial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4008, Fort Pierce, Florida 34950. The parties shall adhere to the following schedule:

    **March 18, 2022**. The parties shall file the following materials:

CASE NO. 20-82389-CIV-CANNON/Reinhart

(1) a joint pre-trial stipulation pursuant to Local Rule 16.1(e);

(2) a joint exhibit list and a joint trial plan in accordance with the Court's templates available at https://www.flsd.uscourts.gov/content/judge-aileen-m-cannon (under "Civil Procedures" tab);

(3) individually filed witness lists and deposition designations (and objections thereto and counter designations);

(4) proposed findings of fact and conclusions of law.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of January 2022.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record