UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-82389-CIV-CANNON/Reinhart

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JON P. RUGGLES**,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the Court's March 1, 2022 Order Granting Plaintiff's Motion for Summary Judgment [ECF No. 56]. In accordance with Federal Rule of Civil Procedure 58, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is hereby entered against Defendant Jon P. Ruggles and in favor of Plaintiff the United States of America in the amount of $3,906,289.16 (principal of $3,780,045 and interest of $126,244.16). Interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 4th day of March 2022.

 

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record