UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-82389-CIV-CANNON/Reinhart

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JON P. RUGGLES**,

    Defendant.
_____/

**ORDER CLOSING CASE**

**THIS MATTER** comes before the Court upon the March 4, 2022, Order of Final Judgment entered against Defendant Jon P. Ruggles [ECF No. 58]. The Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 14th day of March 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record