UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-82389-AMC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JON P. RUGGLES,

    Defendant.
_____/

## NOTICE OF APPEAL

Plaintiff, Jon P. Ruggles, files this Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit of the Order Granting Defendant Motion for Summary Judgment (DE-56) entered March 1, 2022 and the Final Judgment (DE-58) entered March 4, 2022.

The nature of each order is a final order on the merits.

Dated: April 1, 2022

                            Respectfully submitted,

                            */s/    Carlos F. Gonzalez*
                                Carlos F. Gonzalez
                                Florida Bar No. 0494631
                                Carlos F. Gonzalez, P.A.
                                2332 Galiano Street
                                2nd Floor
                                Coral Gables, Florida 33134
                                Tel. 786.410.7662
                                Email:  cfg@carlosfgonzalez.com

**CERTIFICATE OF SERVICE**

I certify that on April 1, 2022, I electronically served the foregoing document by electronic mail on Brett R. Geiger, Assistant U.S. Attorney, 99 N.E. 4th Street, Suite 300, Miami, Florida 33132-2111, at brett.geiger@usdoj.gov.

                                                                 /s/    *Carlos F. Gonzalez*
                                                                  Carlos F. Gonzalez