UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-82389-CIV-CANNON/REINHART

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JON P. RUGGLES,

        Defendant.
_____/

## SATISFACTION OF JUDGMENT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby acknowledges satisfaction of the judgment entered in this cause on March 4, 2022, against Jon P. Ruggles ("Defendant").

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By: _____
        Brett R. Geiger
        Assistant U.S. Attorney
        Court No. A5502622
        99 N.E. 4th Street, Suite 300
        Miami, FL  33132-2111
        Telephone No.  (305) 961-9190
        E-mail: Brett.Geiger@usdoj.gov